# ATTACHMENT A

**CHARGE:**

On or between October 15, 2014 and November 27, 2014, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, knowingly and intentionally conspired with others to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

**RANGE OF PUNISHMENT:**

21 U.S.C. § 841(a)(1) and (b)(1)(A)
NLT 10 Years Imprisonment, NMT Life
and/or $10 million fine
NLT 5 Years Supervised Release
Class A Felony

$100 Mandatory Special Assessment