**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    v.<br><br>KENNA HARMON,<br><br>                        Defendant. | Case No. 14-03106-02-CR-S-MDH |

## FINAL ORDER OF FORFEITURE

Before the Court is the plaintiff's Motion for Final Order of Forfeiture. (Doc. 630.) On March 28, 2016, this Court entered a Preliminary Order of Forfeiture (Doc. 573) which ordered Defendant Kenna Harmon to forfeit, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all her right, title, and interest in the following property:

Real property located at 2250 E. 515th Road, Half Way, Polk County, Missouri, with all appurtenances, improvements, and attachments thereon. The legal description of this property is as follows:

Lot C in Way-Forty, a Subdivision in Polk County, Missouri according to the plat recorded in Plat Book 6 at Page 47 of the Polk County Recorder's
Office Parcel ID: 89-16-0.5-15-000-000-005.03;

    Bracelets seized from Kenna HARMON on or about November 27, 2014;

    Approximately $20,000 in United States currency, seized on or about September 4, 2014;

    Approximately $37,000 in United States currency, seized on or about December 3, 2014, from Anthony MASSONI;

    A 2005 Mazda 6 Sedan, VIN #1YVHP80D255M57560, bearing Missouri registration AH9A7S. The vehicle is titled in the name of Joseph ALLEN, and was seized on or about December 19, 2014; and

All firearms and ammunition involved in the particular aforesaid offenses as set forth above, including but not limited to: a Jennings by Calwestco, model J-22, .22 caliber pistol, serial number 365743 seized from **HARMON** on or about November 27, 2014.

The United States caused to be published on the Internet site *www.forfeiture.gov*, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Herrman Lumber has filed a mechanic's lien for the building materials which were used in construction of the real property located in Polk County, Missouri and legally described above. The United States has agreed to recognize that lien without requiring Herrman Lumber to file a formal claim in this criminal action. The United States and Herrman Lumber have further agreed that, following the sale of the real property, Herrman Lumber will be paid the amount of $10,299.13, made payable to the Trust Account of Husch Blackwell LLP, in care of J. Michael Bridges, Attorney. After Herrman Lumber has received payment through its attorney, Herrman Lumber will file any dismissal of any lien necessary to give quiet title to the United States, including dismissal of the pending *Herrman Lumber v. Smith, et al.,* Case No. 15PO-CC00057, currently pending in Polk County, Missouri.

No timely claim has been filed by any other party. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

The Court finds that Defendant Kenna Harmon had an interest in the property that is subject to forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

x

That the property described above is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

**IT IS FURTHER ORDERED THAT** all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law;

**IT IS FURTHER ORDERED THAT** the United States District Court shall retain jurisdiction in the case for the purpose or enforcing this Order;

**IT IS SO ORDERED.**

Date: 05/31/16                                                                        _s/Douglas Harpool_____
                                                                                      Douglas Harpool, Judge
                                                                                      United States District Court