# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KENNA HARMON, )<br>)<br>    Defendant. ) | Criminal Action<br>No. 14-03106-02 CR-S-MDH |

## MOTION TO FILE UNDER SEAL

Comes now Defendant and moves to file her Sentencing Memorandum Under Seal for Reasons that it contains confidential and cooperation statements and information.

Respectfully submitted,

 /s/ Brian D.Risley
BRIAN D. RISLEY MO BAR# 50580
1441 E. Primrose St.
Springfield, Missouri 65804
(417) 882-3333; fax 882-4444
Email: bdrizlee@yahoo.com
**Attorney for the Ms. Harmon**

## CERTIFICATE OF SERVICE

The undersigned shereby certifies that on ther 22nd day of May, 2018 the foregoing document was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in ther case.

/s/ Brian D. Risley
Brian D. Risley